UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case Number 20-20609

v.                                                        Honorable David M. Lawson

ALLEN GRIFFIN,

        Defendant.
_____/

### ORDER MODIFYING BOND CONDITIONS

The parties have filed a stipulation to amend one term of the defendant's bond conditions to require him to seek mental health treatment. The parties believe that the defendant is in need of cognitive behavior therapy to address previous trauma and represent that the defendant is interested in participating in such treatment. The Court has considered the request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the request for modification should be granted.

Accordingly, pursuant to the stipulation of the parties (ECF No. 82), it is **ORDERED** that the order imposing bond conditions (ECF No. 9) is **AMENDED** as follows: condition 7(i) is **ADDED** to require the defendant to receive mental health treatment.

It is further **ORDERED** that all other conditions of the defendant's release on bond remain in full force and effect.

                                                                         s/David M. Lawson
                                                                         DAVID M. LAWSON
                                                                          United States District Judge

Dated:  October 20, 2022